ACCEPTED
04-15-00514-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/15/2015 11:42:48 AM
KEITH HOTTLE
CLERK

# C | M | W

## CLARK, MALOUF & WHITE, LLP

12222 Merit Dr., Ste. #340
Dallas, Texas 75251
(214) 559-4400
(214) 559-4466 fax

**Tom Clark**
tom@cmwattorneys.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
**Direct:**
9/15/2015 11:42:48 AM
(214) 559-4411
KEITH E. HOTTLE
Clerk

September 15, 2015

**Via Electronic Filing**
Clerk of the Court
Fourth Court of Appeals
Caden-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205

      Re:    **Case No. 04-15-00514-CV**; *Select Building Systems, Inc. and Tri-Bar Ranch Company, Ltd., v. Robertson Electric.*

Dear Clerk of the Court:

Please be advised that Tom Clark's law firm name, address and e-mail have changed as follows:

**Clark, Malouf & White, L.L.P.**
**12222 Merit Drive, Ste. 340**
**Dallas, Texas 75251**
**tom@cmwattorneys.com**
**(214) 559-4400**
**(214) 559-4466 - fax**

Please update the Court's records, and by copy of this letter I would request that opposing counsel do the same.

      Sincerely,


/s/ Leslie Cooper_____
Legal Assistant to:
TOM C. CLARK

cc:    Via Electronic Mail
       Opposing Counsel